**Hearing Date: October 27, 2021 at 10:00 a.m. (ET)**
**Objection Deadline: October 20, 2021 at 4:00 p.m. (ET)**

**LOEB & LOEB LLP**
Schuyler G. Carroll
Noah Weingarten
345 Park Avenue
New York, New York 10154
scarroll@loeb.com
nweingarten@loeb.com

*Attorneys for Brian Ryniker,*
*Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

| | |
|---|---|
| IN RE: | Chapter 11 |
| DÉCOR HOLDINGS, INC., *et. al.*,[1] | Case No. 19-71020 (REG) |
| | Case No. 19-71022 (REG) |
| Post-Confirmation Debtors. | Case No. 19-71023 (REG) |
| | Case No. 19-71024 (REG) |
| | Case No. 19-71025 (REG) |

---------------------------------------------------------- X

| | |
|---|---|
| BRIAN RYNIKER, IN HIS CAPACITY AS LITIGATION ADMINISTRATOR OF THE POST-CONFIRMATION ESTATES OF DÉCOR HOLDINGS, INC., *et al.*, | (Substantively Consolidated) |
| | Hon. Robert E. Grossman |
| Plaintiff, | |
| v. | |
| BRAVO FABRICS and ROSENTHAL & ROSENTHAL, INC., | Adv. Pro. No. 20-8125 (REG) |
| Defendants. | |

---------------------------------------------------------- X

**NOTICE OF HEARING ON THE**
**LITIGATION ADMINISTRATOR'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); RAD Liquidation Inc. (f/k/a The Robert Allen Duralee Group, Inc.) (8435); RAD Liquidation LLC (f/k/a The Robert Allen Duralee Group, LLC) (1798); and RADF LLC (f/k/a The Robert Allen Duralee Group Furniture, LLC) (2835).

**PLEASE TAKE NOTICE** that on September 30, 2021, Brian Ryniker in his capacity as Litigation Administrator (the "Litigation Administrator") of the post-confirmation estates of Décor Holdings, Inc., *et al.* filed the *Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment* (Dkt. No. 21) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on or about **October 27, 2021 at 10:00 a.m. (ET)**, a telephonic hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, courtroom 860.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to appear at the hearing on this Motion, please notify the Courtroom Deputy at: reg_hearings@nyeb.uscourts.gov at least 24 hours in advance of the scheduled hearing to identify the parties that will appear and what case they are appearing on. All attorneys must also identify the party they represent. The dial in number is: 888-557-8511 and access code is: 9628493.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court, and shall be served on undersigned on or before **October 20, 2021 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if anyone would like to receive copies of the Motion, (a) they may access it from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/, or (b) they may contact Noah Weingarten, Esq. at Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, by telephone at (212) 407-4000 or by e-mail at nweingarten@loeb.com.

Dated:   New York, New York
        October 1, 2021

LOEB & LOEB LLP

By: /s/  *Schuyler G. Carroll*
Schuyler G. Carroll
Noah Weingarten
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
scarroll@loeb.com
nweingarten@loeb.com

*Attorneys for Brian Ryniker,*
*Litigation Administrator*

21297820